IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SYMBOLY INNOVATIONS, LLC § § Plaintiff, § § vs. § § ADAMS EXTRACT § § Defendants. § _____ § § SYMBOLOGY INNOVATIONS, LLC § § Plaintiff, § § vs. § § FUHU, INC. § § Defendants. § _____ § | Case No: 2:15-cv-01169-RWS-RSP LEAD CASE Case No: 2:15-cv-01863-JRG-RSP CONSOLIDATED CASE |

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On this day, the Court considered Plaintiff Symbology Innovations, LLC's motion to dismiss without prejudice, in the lawsuit between Plaintiff Symbology Innovations, LLC ("Symbology") and Defendant Fuhu, Inc.  Having considered the Motion and the pleadings in this case, the Court is of the opinion that the Motion should be, and is hereby GRANTED.

Therefore, IT IS ORDERED that all claims asserted by Symbology against Fuhu, Inc. are hereby DISMISSED WITHOUT PREJUDICE, with each party to bear its own costs, attorneys' fees and other litigation expenses.

**SIGNED this 22nd day of June, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE